1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
         **DARRYL WILLIAMS,**                      Case No. 2:16-cv-01377 MCE CKD (PC)
12
                                      Plaintiff,   **ORDER**
13
                    v.
14
         **CDCR, et al.,**
15
                                    Defendants.
16

17

18          The Court, having considered Defendants Barretto, Duffy, and the California Department of

19   Corrections and Rehabilitation's motion to modify the initial pretrial scheduling order, and good

20   cause having been shown:

21          Defendants' motion is granted and the deadlines in the initial pretrial scheduling order are

22   vacated. The deadlines will be re-set, if necessary, following a ruling on the Defendants' pending

23   motion to dismiss.

24          IT IS SO ORDERED.

25   Dated:  June 22, 2017

26

27                                                _____
                                                  MORRISON C. ENGLAND, JR
28                                                UNITED STATES DISTRICT JUDGE

                                                  1